**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:12-CV-00372-JAR |
| | ) | |
| JEWISH COMMUNITY CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Jewish Community Center's Motion to Stay

Discovery. [ECF No. 25] Defendant Jewish Community Center requests a temporary stay of

discovery pending resolution of its Motion to Dismiss Count III of Plaintiff's First Amended

Complaint. Pursuant to its discussions with counsel at the Rule 16 Conference held on August 1,

2012, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Jewish Community Center's Motion to

Stay Discovery [25] is **DENIED**.

Dated this 1st day of August, 2012.

_____
JOHN A ROSS
UNITED STATES DISTRICT JUDGE