UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12-CV-372-JAR |
| ) | |
| JEWISH COMMUNITY CENTER, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CHRIS KOSTER, ) | |
| Attorney General of Missouri, ) | |
| ) | |
| Defendant-Intervenor. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the parties' Joint Motion for Approval of Mediation Plan [ECF No. 42].

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion for Approval of Mediation Plan [42] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case shall be referred to alternative dispute resolution on **September 19, 2012**.

**IT IS FURTHER ORDERED** that the parties' selection of Kent Syverud as mediator in this case is approved.

**IT IS FURTHER ORDERED** that primary counsel responsible for trial on this matter for both Plaintiff and Defendant are excused from the ADR conference, with the understanding that counsel for the parties who will participate in the ADR conference have full knowledge of the underlying issues.

- 2 -

Dated this 17th day of September, 2012.

                                                        JOHN A. ROSS
                                                        UNITED STATES DISTRICT JUDGE