UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12-CV-372-JAR |
| ) | |
| JEWISH COMMUNITY CENTER, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CHRIS KOSTER, ) | |
| Attorney General of Missouri, ) | |
| ) | |
| Defendant-Intervenor. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Jewish Community Center's Motion to Dismiss Count III of Plaintiff's First Amended Complaint [ECF No. 10] and Attorney General's Motion to Dismiss Count III of Plaintiff's First Amended Complaint [ECF No. 30]. Based on the filing of Plaintiff's Second Amended Complaint on September 24, 2012 [ECF No. 47], the pending motions to dismiss will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Jewish Community Center's Motion to Dismiss Count III of Plaintiff's First Amended Complaint [10] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Attorney General's Motion to Dismiss Count III of Plaintiff's First Amended Complaint [30] is **DENIED** as moot.

Dated this 10th day of October, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE